**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CESAR RUBICEL FALCON GUERRERO** | **CASE NO. 1:26-CV-02756 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus by Cesar Rubicel Falcon Guerrero is DISMISSED without prejudice as moot.

THUS DONE in Chambers on this 13th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE